**STATE v. JEWELL**

[331 N.C. 379 (1992)]

STATE OF NORTH CAROLINA v. JOHN PAUL JEWELL

No. 510A91

(Filed 8 May 1992)

APPEAL pursuant to N.C.G.S. § 7A-30(2) from a divided panel of the Court of Appeals, 104 N.C. App. 350, 409 S.E.2d 757 (1991), which affirmed the sentences imposed on defendant by *Greeson, J.*, pursuant to the defendant's pleas of guilty on 5 December 1989 in Superior Court, FORSYTH County, to attempted first degree burglary and accessory after the fact of murder. Heard in the Supreme Court 15 April 1992.

*Lacy H. Thornburg, Attorney General, by J. Bruce McKinney, Assistant Attorney General, for the State.*

*David F. Tamer for defendant appellant.*

PER CURIAM.

Affirmed.